# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

7/26/2023

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 3:23-mj-303
Priority Mail Package with Tracking Number )
9505 5131 8771 3205 0039 93 )
Postmarked July 24, 2023 )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail Package, 9505 5131 8771 3205 0039 93, addressed to "Melissa Davalos", 1119 Holly Ave., Dayton, OH 45410, United States, with a return address of "Jenny Lizeth", 1408 Main St, Livingston, CA 95334, United States.

located in the ____Southern____ District of ____Ohio____, there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances, materials and documents reflecting the possible distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Distribution and possession with intent to distribute a controlled substance. |
| 21 USC 846 | Conspiracy to distribute/possess with intent to distribute a controlled substance |
| 21 USC 843(b) | Use of a communication facility to commit a felony |

The application is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Sean C. Humphrey*
Applicant's signature

Sean C. Humphrey, USPIS Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
____Telephone____ *(specify reliable electronic means)*.

Date: July 26, 2023

City and state: Dayton, OH

Caroline H. Gentry
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: <br> PRIORITY MAIL <br> PACKAGE TRACKING NUMBER <br> 9505 5131 8771 3205 0039 93 | Case No. 3:23-mj-303 <br><br> **Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, **Sean C. Humphrey**, being first duly sworn, hereby depose and state as follows:

1. I, Detective Sean C. Humphrey, am employed by the Dayton Police Department and have been so since July of 2008. I have been assigned to Patrol Operations and am currently assigned to the Narcotics Bureau - Montgomery County Regional Agencies Narcotics and Gun Enforcement (RANGE) Task Force. I have extensive prior experience in investigating drug cases that resulted in successful prosecution of persons involved in trafficking of drugs, possession of drugs and other related offenses. I have been involved in narcotics related arrests, executed search warrants that resulted in the seizure of narcotics and participated in undercover narcotics purchases. Through training and experience, I am familiar with the manner in which persons involved in the illicit distribution and sales of controlled substances often operate. These subjects usually attempt to conceal their identities, as well as the locations at which they reside and where they store controlled substances and the illegal proceeds derived there from. Through training and experience, I am familiar with the practices of narcotics distributors and sellers, whereby they attempt to conceal the true nature, source, and location of proceeds of illegal activity, commonly referred to as money laundering. I have been a Task Force Officer with the United States Postal Inspection Service since November 2022. I am presently assigned to the Cincinnati Field Office of the United States Postal Inspection Service, Pittsburgh Division, with investigative responsibility for Southern District of Ohio. Part of my responsibility involves investigating the illicit use of the United States Mails in the transportation of narcotics, other dangerous controlled substances, and financial proceeds from, or instrumentalities used in, the sale of such narcotics and controlled substances (hereinafter, "Drugs and/or Proceeds").

2. Based on my prior training and experience as a Task Force Officer with the United States Postal Inspection Service, I have become aware that drug traffickers frequently use United States Priority Mail Express (overnight) or Priority Mail (2-3-day) to transport Drugs and/or Proceeds. Additionally, because of prior investigations, law enforcement training, and successful controlled-substance prosecutions involving the use of the United States Mail, I have learned of certain common characteristics and/or circumstances that indicate that a particular package may contain Drugs and/or Proceeds. These circumstances and/or characteristics include, but are not necessarily limited to, the following: the mailer uses different post offices on the same day to send packages, the return address is false or non-existent, the addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, the labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanate from the package, and the listed address is located in an area of known or suspected drug activity.

3. On July 26, 2023, the U.S. Postal Inspection Service intercepted a package (hereinafter "the Package") at the Cincinnati Network Distribution Center in Cincinnati, OH. The Package is a brown box with USPS Priority Mail tracking number 9505 5131 8771 3205 0039 93 mailed from Post Office 95307, located in Northern California, postmarked July 24, 2023, with the following address information:

**Sender**:  Jenny Lizeth
1408 Main St
Livingston, CA
95334
United States

**Addressee**:  Melissa Davalos
1119 Holly ave
Dayton, OH 45410
United States

Through training and experience as a Task Force Officer with U.S. Postal Inspection Service, I know that the Northern California area has been long known to be a drug source location.

4. I was able to perform a check in CLEAR for the recipient's information listed on the Package of "Melissa Davalos, 1119 Holly ave, Dayton, OH 45410, United States" CLEAR is a

law enforcement database that is used as a tool for investigators to identify person/business and address information. According to CLEAR, there is no "Melissa Davalos" associated with 1119 Holly Ave., Dayton, OH 45410.

5. I was able to perform a check in CLEAR for the sender's information listed on the Package of "Jenny Lizeth, 1408 Main St, Livingston CA, 95334, United States" According to CLEAR, there is no "Jenny Lizeth" associated with 1408 Main St., Livingston CA 95334.

6. On July 26, 2023, at the request of the U.S. Postal Inspection Service, K9 Officer Jamie Luckoski of the Dayton Police Department conducted a narcotics-detection canine "free air" check of the outside of the Package. An Inspector/TFO was present during said check. Prior to conducting the "free air" check, the Package was placed in a room with multiple similar and like packages. As set forth in the attached affidavit of K9 Officer Luckoski, "RIO" alerted positively for the presence or odor of a narcotic or other controlled substance exuding from the Package. "RIO" is a properly trained and certified narcotics-detection canine.

7. Based on my prior law enforcement training and experience as a United States Postal Inspector, the Package's address information, including (i) failure to provide full and accurate information for the return address, (ii) failure to provide full and accurate information for the recipient address, and (iii) the positive alert of the narcotics-detection canine are all indicative of and consistent with Drugs and/or Proceeds being present in the Package.

Therefore, a search warrant to open the Package is requested.

Further, your affiant sayeth naught.

Respectfully submitted,

*Sean C. Humphrey*

Sean C. Humphrey
Task Force Officer
United States Postal Inspection Service

Subscribed and sworn to ~~and before me~~ By telephone this 26th day of July, 2023.

Caroline H. Gentry
United States Magistrate Judge



UNITED STATES POSTAL INSPECTION SERVICE

PITTSBURGH DIVISION

## OFFICER AFFIDAVIT

I, Officer **Jamie Luckoski**, am and have been employed by the **DAYTON POLICE DEPARTMENT** since **2014**. Among other duties, I am currently the assigned handler of narcotics detection canine "**RIO**" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

**Marijuana, Cocaine, Methamphetamine, and Heroin**

On _7/26/23_, at the request of Postal Inspector **TFO Humphrey**, I responded to the **DAYTON P&DC**, where "**RIO**" did alert to and indicate upon: [describe item]

USPS Priority Mail Tracking # 9505 5131 8771 3205 0039 93

| TO: | Melissa Davalos | FROM: | Jenny Lizeth |
|---|---|---|---|
| | 1119 Holly ave | | 1408 Main St |
| | Dayton, OH 45410 | | Livingston, CA |
| | United States | | 95334 |
| | | | United States |

Which, based upon my training and experience and that of "**RIO**", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_Jamie R Luke_  28936/330   7/26/2023
(Signature, Badge #, and Date)

_[signature]_  28310   7/26/23
(Witness/Date)

Cincinnati Field Office
895 Central Avenue STE 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009